**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**UNITED STATES OF AMERICA,**                                         **PLAINTIFF**

vs.                                           **CRIMINAL NO. 3:02-cr-59TSL**

**GLENDA RENEE JOHNSON**                                     **DEFENDANT**

**J & R, JACKSON, MISSISSIPPI**                                   **GARNISHEE**

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (Doc. #20) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on April 14, 2009 (Doc. #18) on the grounds that the defendant does not make enough wages to garnish;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on April 14, 2009, (Doc. #18) be and it is hereby quashed, and the garnishee, J & R, Jackson, Mississippi, is hereby dismissed.

ORDERED AND ADJUDGED this 22nd day of May, 2009.

                                                               /S/ TOM S. LEE
                                                               UNITED STATES DISTRICT JUDGE